UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

|  |  |  |
|---|---|---|
| **HAROLD C. JONES**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 4 07 CV00000145 SWW |
| **ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA**, | ) ) ) ) | Electronically Filed |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to this Court's prior Orders. Since the last status report, *Mooney v. Allianz Life Ins. Co*. has been concluded. The time to appeal from the final judgment passed without a Notice of Appeal being filed. The judgments entered by the district court in favor of Allianz Life on both the jury verdict and the post-trial requests for equitable relief are final.

Allianz Life filed a motion in the *Negrete v. Allianz Life Ins. Co*. case seeking to bar the claims of *Negrete* class members who were members of the *Mooney* class, due to the preclusive effect of the final judgment in *Mooney*. That motion is pending before the district court. All other deadlines in *Negrete* have been vacated, so that the Court can address the preclusive impact of the *Mooney* final judgment before deciding how to proceed with that case.

Date:  May 21, 2010                                  Respectfully submitted,

/s/ Roland Goss
*rcg@jordenusa.com*
*pro hac admission*

JORDEN BURT, LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC  20007
Tel:  (202) 965-8100

and

/s/ Byron Freeland
*bfreeland@mwsgw.com*
Ark. Bar No. 72039
MITCHELL, WILLIAMS, SELIG GATES & WOODYARD, PLLC,
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201
Tel:  (501) 688-8810

Co-counsel for Defendant, Allianz Life Insurance Company of North America


**/s/** Marcus Neil Bozeman
*mbozeman@carneywilliams.com*
Ark. Bar No. 95287
/s/ J. Allen Carney
*acarney@carneywilliams.com*
Ark. Bar No. 94122
CARNEY WILLIAMS BATES
     BOZEMAN & PULLIAM, PLLC
11311 Arcade Drive, Suite 200
Little Rock, Arkansas  72212
(501) 312-8500

Attorneys for Plaintiffs Harold C. and Ruby J. Jones